**Kevin HAUGHTON, Petitioner–Appellant,**

v.

**Jon GALLEY, Warden; Attorney General for the State of Maryland, Respondents–Appellees.**

No. 02–7003.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 16, 2002.

Decided Dec. 19, 2002.

Kevin Haughton, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Mary Ann Rapp Ince, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before LUTTIG, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Kevin Haughton seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude

for the reasons stated by the district court that Haughton has not made a substantial showing of the denial of a constitutional right. *See Haughton v. Galley,* No. CA–01–2562–PJM (D. Md. June 6, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*